THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| ROBERT COTNER, Plaintiff, vs. KNOWN AND UNKNOWN DRUG CARTEL MEMBERS, et al., Defendants. | CV 17-00040-BLG-SPW<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS |

Plaintiff Robert Cotner, a prisoner confined in Oklahoma, proceeding without counsel, filed a Motion to Sanction Agents of Defendants and to Compel them to pay filing and appeal fees. (Doc. 9.) On April 24, 2017, this Court issued an Order denying Mr. Cotner's motion to proceed in forma pauperis and dismissing this case. (Doc. 5.) On May 4, 2017, Mr. Cotner filed a notice of appeal. (Doc. 7.) His motion for sanctions was filed on May 5, 2017. "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982).

This Court does not have jurisdiction to rule on Mr. Cotner's motion,

ACCORDINGLY IT IS HEREBY ORDERED THAT the Motion to Sanction Agents of Defendants and to Compel them to pay filing and appeal fees (Doc. 9) is DENIED WITHOUT PREJUDICE.

DATED this 8th day of May, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge